

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00658-CV

**BASIC ENERGY SERVICES, L.P.**,
Appellant

v.

Enedina S. **LOPEZ** and The Estate of Rodolfo Lopez, Jr.,
Appellees

From the 81st Judicial District Court, Frio County, Texas
Trial Court No. 17-08-00245CVF
Honorable Lynn Ellison, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the appellant's motion to dismiss is GRANTED, and this appeal is DISMISSED. Costs of the appeal are taxed against appellant.

SIGNED February 5, 2020.

_____
Rebeca C. Martinez, Justice